UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY CHESTARO,

    Plaintiff,                       Case No. 1:13-CV-610

v.                               HON. ROBERT HOLMES BELL

CITY OF GRAND RAPIDS,

    Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

On June 17, 2013, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff Larry Chestaro's complaint be dismissed without prejudice for lack of subject-matter jurisdiction. (Dkt. No. 5.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's June 17, 2013, R&R (Dkt. No. 5) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

Dated: <u>July 12, 2013</u>                             /s/ Robert Holmes Bell
                                                          ROBERT HOLMES BELL
                                                          UNITED STATES DISTRICT JUDGE